**Fill in this information to identify the case:**

Debtor 1: Carolyn E Skipworth Levine

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: Middle District of North Carolina (State)

Case number: 15-50976

---

# Form 4100R
## Response to Notice of Final Cure Payment
10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

**Name of creditor:** Secretary of Veterans Affairs of Washington, D.C.

**Court claim no.** (if known): 7

**Last 4 digits** of any number you use to identify the debtor's account: 7850

**Property address:** 120 CHESTNUT HEIGHTS CT
Number    Street

Winston Salem    NC    27107
City    State    ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 09 / 01 / 2020
MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:    (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:    + (b) $ _____

c. **Total**. Add lines a and b.    (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    ___/___/___
MM / DD / YYYY

---

Form 4100R    **Response to Notice of Final Cure Payment**    page 1

| Debtor 1 | Carolyn E Skipworth Levine | Case number (*if known*) 15-50976 |
|---|---|---|
| | First Name   Middle Name   Last Name | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/Mark A. Baker
Signature

Date 09/03/2020

Print: Mark A. Baker
First Name   Middle Name   Last Name

Title: Attorney for Creditor

Company: McMichael Taylor Gray, LLC

**If different from the notice address listed on the proof of claim to which this response applies:**

Address: 3550 Engineering Drive, Suite 260
Number   Street

Peachtree Corners, GA 30092
City   State   ZIP Code

Contact phone (404) 474-7149

Email mbaker@mtglaw.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies under penalty of perjury that he/she is over eighteen (18) years of age and that the **RESPONSE TO NOTICE OF FINAL CURE PAYMENT** in the above captioned case were this day served upon the below named persons by mailing, postage prepaid, first class mail a copy of such instrument to each person(s), parties, and/or counsel at the addresses shown below:

**Via U.S. Mail**
Carolyn E Skipworth Levine
120 Chestnut Heights court
Winston Salem, NC 27107

**Via CM/ECF electronic service:**

Kathryn L Bringle
2000 West First St
Suite 300
PO Box 2115
Winston Salem, NC 27102-2115

Wendell Wes Schollander III
514 Stratford Road
Suite 317
Winston-Salem, NC 27103

Dated: September 3, 2020

    Respectfully submitted,
/s/ Mark A. Baker
Mark A. Baker, NC Bar No. 32382
MCMICHAEL TAYLOR GRAY, LLC
3550 Engineering Drive, Suite 260
Peachtree Corners, GA 30092
Telephone: (404) 474-7149
Facsimile: (404) 745-8121
E-mail: mbaker@mtglaw.com